IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRYMON HAMP, JR.**                                                                                   **PLAINTIFF**

**v.**                                                                                                       **No. 3:22CV41-DAS**

**NATHAN BURL CAIN, ET AL.**                                                                        **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) Defendants Superintendent Timothy Morris and Commissioner Nathan Burl Cain are **DISMISSSED** with prejudice from this case for failure to state a claim against them upon which relief could be granted;

(2) The case will **PROCEED** as to the plaintiff's claims of denial of adequate medical care and retaliation against Nurse Practitioner Angela Brown – and as to his claim of denial of adequate medical care against Medical Director Dr. James Glisson.

**SO ORDERED**, this, the 12th day of April, 2022.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE