IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRYMON HAMP, JR.**                                                  **PLAINTIFF**

**v.**                                  **No. 3:22-cv-00041-DAS**

**NATHAN BURL CAIN, et al.**                                  **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO PROVIDE
### VALID MAILING ADDRESS FOR DEFENDANT DR. JAMES GLISSON

The court takes up, *sua sponte*, the matter of locating defendant Dr. James Glisson in this case to effect service of process. The United States Marshal Service has attempted service of process upon defendant Dr. James Glisson; however, process was returned unexecuted, as the defendant could not be found. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with a valid address for service of process upon this defendant. Failure to do so will result in the dismissal of this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 18th day of May, 2022.

                                                    **/s/ David A. Sanders**
                                                    **UNITED STATES MAGISTRATE JUDGE**