IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRYMON HAMP, JR.** **PLAINTIFF**

**v.** **No. 3:22CV41-DAS**

**NATHAN BURL CAIN, ET AL.** **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On May 18, 2022, the court entered an order requiring the plaintiff to provide a valid mailing address for service of process upon Dr. James Glisson. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on June 8, 2022. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 24th day of June, 2022.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE