IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRYMON HAMP, JR.** **PLAINTIFF**

v. No. 3:22CV41-DAS

**NATHAN BURL CAIN, ET AL.** **DEFENDANTS**

### ORDER *DISMISSING* DEFENDANT DR. JAMES GLISSON
### FOR FAILURE TO EFFECT SERVICE OF PROCESS;
### DISMISSING AS MOOT PLAINTIFF'S MOTION [37]
### TO REINSTATE CASE

The court takes up, *sua sponte*, the dismissal of defendant Dr. James Glisson from this case. In his complaint, the plaintiff listed an address for Dr. Glisson at the Mississippi State Penitentiary. Summons sent to that address was, however, returned unexecuted, stating "Dr. Glisson does not work at Parchman and no forwarding address." Doc. 28. The court then ordered the plaintiff to provide a valid address for Dr. Glisson for service of process, and on June 27, 2022, the plaintiff provided an address at the University of Mississippi Medical Center ("UMMC"). Doc. 32. Summons attempted at that address was also returned unexecuted, stating "HR advised the listed person does not work at UMMC." Doc. 40. As the plaintiff has been unable to provide a valid address for service of process upon Dr. Glisson, he is **DISMISSED** without prejudice from this case.

In addition, the plaintiff has moved [37] to reinstate this case after its previous dismissal. As the court has already reinstated the case, the instant motion [37] is **DISMISSED** as moot.

**SO ORDERED**, this, the 31st day of August, 2022.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE